UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
TAYLOR, MARY FAY § Case No. 10-48963
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_\_, for total expenses of $\_\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Roy Safanda_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Exhibit A

| Case No: | 10-48963 | MB | Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
|---|---|---|---|---|---|
| Case Name: | TAYLOR, MARY FAY | | | Date Filed (f) or Converted (c): | 10/30/10 (f) |
| | | | | 341(a) Meeting Date: | 12/13/10 |
| For Period Ending: | 03/29/12 | | | Claims Bar Date: | 04/27/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence: 2 bedroom, 2 1/2 bath, 2 car garage tow | 168,000.00 | 35,756.00 | | 0.00 | 35,756.00 |
| 2. Timeshare: 2 bedroom condominium, Unit #1418, Week | 3,000.00 | 3,000.00 | | 0.00 | 3,000.00 |
| 3. Condominium (joint interest with adult son), 575 N | 84,500.00 | 0.00 | | 0.00 | FA |
| 4. Timeshare: 1 bedroom efficiency condominium, Unit | 4,000.00 | 1,550.00 | | 0.00 | 1,550.00 |
| 5. Beneficial interest in Trust of Robert and Georgia | 578,647.55 | 578,647.55 | | 205,000.00 | FA |
| 6. Misc. Household Furniture | 600.00 | 0.00 | | 0.00 | FA |
| 7. Misc. Household Decorations | 200.00 | 0.00 | | 0.00 | FA |
| 8. Misc. Household Appliances | 700.00 | 0.00 | | 0.00 | FA |
| 9. Misc. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 10. Laptop Computer over 3 years old Located with daug | 50.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 35.51 | Unknown |
| TOTALS (Excluding Unknown Values) | $839,897.55 | $618,953.55 | | $205,035.51 | Gross Value of Remaining Assets $40,306.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/01/20     Current Projected Date of Final Report (TFR): 06/01/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-48963 -MB | Trustee Name: | Roy Safanda |
| Case Name: | TAYLOR, MARY FAY | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7528  Money Market Account |
| Taxpayer ID No: | *******1018 | | |
| For Period Ending: | 03/29/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/06/12 | 5 | IM&T Center MN-Dakotas<br>Wells Fargo Bank, NA<br>POB 2999<br>Minneapolis, MN 55402 | Non-Exempt Trust | 1229-000 | 205,000.00 | | 205,000.00 |
| 01/31/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 10.75 | | 205,010.75 |
| 02/29/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 13.00 | | 205,023.75 |
| 03/26/12 | INT | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 11.20 | | 205,034.95 |
| 03/26/12 | | Transfer to Acct #*******7587 | Bank Funds Transfer | 9999-000 | | 1,000.00 | 204,034.95 |
| 03/26/12 | | Transfer to Acct #*******7587 | Bank Funds Transfer | 9999-000 | | 204,034.95 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 205,034.95 | 205,034.95 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 205,034.95 | |
| Subtotal | 205,034.95 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 205,034.95 | 0.00 | |

Page Subtotals    205,034.95    205,034.95

LFORM24    UST Form 101-7-TFR (5/1/2011) *(Page: 4)*    Ver: 16.06

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-48963 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | TAYLOR, MARY FAY | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7587 Checking Account |
| Taxpayer ID No: | *******1018 | | | |
| For Period Ending: | 03/29/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/26/12 | | Transfer from Acct #*******7528 | Bank Funds Transfer | 9999-000 | 1,000.00 | | 1,000.00 |
| 03/26/12 | | Transfer from Acct #*******7528 | Bank Funds Transfer | 9999-000 | 204,034.95 | | 205,034.95 |
| 03/28/12 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.56 | | 205,035.51 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 205,035.51 | 0.00 | 205,035.51 |
| Less: Bank Transfers/CD's | 205,034.95 | 0.00 | |
| Subtotal | 0.56 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.56 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********7528 | 205,034.95 | 0.00 | 0.00 |
| Checking Account - ********7587 | 0.56 | 0.00 | 205,035.51 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 205,035.51 | 0.00 | 205,035.51 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     205,035.51     0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 29, 2012 |

Case Number: 10-48963  
Debtor Name: TAYLOR, MARY FAY

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Roy Safanda, Attorney for Trustee<br>Safanda Law Firm<br>111 East Side Dr.<br>Geneva, IL 60134 | Administrative | | $3,581.25 | $0.00 | $3,581.25 |
| 001<br>3210-60 | Thomas E. Springer<br>Springer Brown et al<br>400 S. County Farm Rd., Ste. 330<br>Wheaton, IL 60187 | Administrative | | $19,071.50 | $0.00 | $19,071.50 |
| 001<br>3220-61 | Thomas E. Springer<br>Springer Brown et al<br>400 S. County Farm Rd., Ste. 330<br>Wheaton, IL 60187 | Administrative | | $19.40 | $0.00 | $19.40 |
| 000001<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $8,540.23 | $0.00 | $8,540.23 |
| 000002<br>070<br>7100-00 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | (2-1) CARECREDIT/GEMB | $6,103.99 | $0.00 | $6,103.99 |
| 000003<br>070<br>7100-00 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | (3-1) SAM'S CLUB DISCOVER | $6,062.98 | $0.00 | $6,062.98 |
| 000004<br>070<br>7100-00 | United Consumer Financial Services(Kirby)<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712 | Unsecured | | $1,062.09 | $0.00 | $1,062.09 |
| 000005<br>070<br>7100-00 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $9,003.34 | $0.00 | $9,003.34 |
| 000006<br>070<br>7100-00 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $13,215.06 | $0.00 | $13,215.06 |

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|
| Page 2 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: March 29, 2012 |

Case Number:  10-48963  
Debtor Name:  TAYLOR, MARY FAY  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007 080 7200-00 | Illinois Department of Healthcare and Family Servi<br>William O. Arnold, Sr. Attny Genrl<br>Welfare Litigation Bureau, Ste. N-1000<br>180 N. LaSalle St., Chicago, IL 60601-3 | Unsecured | (7-1) Modified 10/25/11 to add amount claimed (dr) | $121,190.29 | $0.00 | $121,190.29 |
| 999 8200-00 | MARY FAY TAYLOR<br>223 W. PARK AVENUE<br>UNIT A<br>SUGAR GROVE, IL  60554 | Unsecured | | $2,905.93 | $0.00 | $2,905.93 |
| | Case Totals: | | | $190,756.06 | $0.00 | $190,756.06 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-48963
Case Name: TAYLOR, MARY FAY
Trustee Name: Roy Safanda

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Roy Safanda | $ | $ | $ |
| Trustee Expenses: Roy Safanda | $ | $ | $ |
| Attorney for Trustee Fees: Roy Safanda, Attorney for Trustee | $ | $ | $ |
| Other: Thomas E. Springer | $ | $ | $ |
| Other: Thomas E. Springer | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $    must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000002 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |
| 000003 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |
| 000004 | United Consumer Financial Services(Kirby)<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ | $ | $ |
| 000006 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____


Tardily filed claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Illinois Department of Healthcare and Family Servi<br>William O. Arnold, Sr. Attny Genrl<br>Welfare Litigation Bureau, Ste. N-1000<br>180 N. LaSalle St., Chicago, IL 60601-3 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors      $_____

   Remaining Balance                    $_____

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $   have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be   percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

   To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of   % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $  . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

   The amount of surplus returned to the debtor after payment of all claims and interest is $   .