UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
TAYLOR, MARY FAY                    §         Case No. 10-48963
                                    §
          Debtor(s)                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                  US Courthouse
                  Bankruptcy Clerk
                  Assignment Desk, Rm 710
                  219 S. Dearborn St.
                  Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 05/31/2012 in Courtroom 250,

                  US Courthouse
                  100 S. 3rd St.
                  Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/25/2012                    By: _____

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TAYLOR, MARY FAY | § | Case No. 10-48963 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 205,035.51 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 205,035.51 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ 13,356.48 | $ 0.00 | $ 13,356.48 |
| Trustee Expenses: Roy Safanda | $ 323.44 | $ 0.00 | $ 323.44 |
| Attorney for Trustee Fees: Roy Safanda, Attorney for Trustee | $ 3,581.25 | $ 0.00 | $ 3,581.25 |
| Other: Thomas E. Springer | $ 19,071.50 | $ 0.00 | $ 19,071.50 |
| Other: Thomas E. Springer | $ 19.40 | $ 0.00 | $ 19.40 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 36,352.07 |
| Remaining Balance | $ 168,683.44 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,987.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 8,540.23 | $ 0.00 | $ 8,540.23 |
| 000002 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 6,103.99 | $ 0.00 | $ 6,103.99 |
| 000003 | Capital Recovery IV LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ 6,062.98 | $ 0.00 | $ 6,062.98 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | United Consumer Financial Services(Kirby) Bass & Associates, P.C. 3936 E. Ft. Lowell Rd., Suite 200 Tucson, AZ 85712 | $ 1,062.09 | $ 0.00 | $ 1,062.09 |
| 000005 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | $ 9,003.34 | $ 0.00 | $ 9,003.34 |
| 000006 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | $ 13,215.06 | $ 0.00 | $ 13,215.06 |

Total to be paid to timely general unsecured creditors     $     43,987.69

Remaining Balance     $     124,695.75

Tardily filed claims of general (unsecured) creditors totaling $ 121,190.29 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Illinois Department of Healthcare and Family Servi William O. Arnold, Sr. Attny Genrl Welfare Litigation Bureau, Ste. N-1000 180 N. LaSalle St., Chicago, IL 60601-3 | $ 121,190.29 | $ 0.00 | $ 121,190.29 |

Total to be paid to tardy general unsecured creditors     $     121,190.29

Remaining Balance     $     3,505.46

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

     To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 599.53 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

     The amount of surplus returned to the debtor after payment of all claims and interest is $ 2,905.93 .

                              Prepared By: /s/ Roy Safanda
                                                            Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-48963-MB
Mary Fay Taylor                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: pseamann              Page 1 of 3               Date Rcvd: Apr 26, 2012
                               Form ID: pdf006             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2012.
```
db         #+Mary Fay Taylor,   223 W. Park Avenue,   Unit A,   Sugar Grove, IL 60554-2269
16362073   +AT&T,   P.O. Box 8100,   Aurora, IL 60507-8100
16362074   +Baker's Best Health,   P.O. Box 2099,   Wixom, MI 48393-2099
16362076    Bank of America,   P.O. Box 851001,   Dallas, TX 75285-1001
16362082   ++CHRYSLER FINANCIAL,   27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,   5225 Crooks Rd,   Suite 140,   Troy, MI 48098)
16362079   +Central Dupage Hospital,   25 N Winfield Rd,   Winfield, IL 60190-1295
16362080    Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
16873733    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16362081    Chase Card Services,   PO Box 15298,   Wilmington, DE 19850-5298
16362084   +Delnor Community Hospital,   300 Randall Rd,   Geneva, IL 60134-4202
17961401    Illinois Department of Healthcare and Family Servi,   William O. Arnold, Sr. Attny Genrl,
             Welfare Litigation Bureau, Ste. N-1000,   180 N. LaSalle St., Chicago, IL  60601-3
16362088   +Marianjoy Medical Group,   35679 Eagle Way,   Chicago, IL 60678-1356
16362089   +Marianjoy Rehabilitation Hospital,   26W171 Roosevelt Rd,   Wheaton, IL 60187-6078
16362091   +Neuromed,   3S517 Winfield Rd,   Ste. A,   Warrenville, IL 60555-3160
16362093   +PNC Mortgage,   6 N Main St,   Dayton, OH 45402-1908
16362092   +Pathology Consultants, S.C.,   P.O. Box 1048,   Dept. 1000,   Saint Charles, IL 60174-7048
16362094   +T-Mobile,   P.O. Box 742596,   Cincinnati, OH 45274-2596
16362095   +United Consumer Financial Services,   865 Bassett Rd,   Westlake, OH 44145-1194
16362096   +United Consumer Financial Services,   P.O. Box 856290,   Louisville, KY 40285-6290
17174574   +United Consumer Financial Services(Kirby),   Bass & Associates, P.C.,
             3936 E. Ft. Lowell Rd., Suite 200,   Tucson, AZ 85712-1083
16362098   +Wells Fargo,   Alex Darcy, Esq.,   ASKOUNIS & DARCY, PC,   401 N Michigan Ave Ste 550,
             Chicago IL 60611-5523
16362097   +Wells Fargo,   Thomas V Askounis, Esq,   ASKOUNIS & DARCY, PC,   401 N Michigan Ave Ste 550,
             Chgo IL 60611-5523
16362099   +Windsor West Townhome Association,   c/o Property Specialists, Inc.,
             5999 S. New Wilke Rd., Ste. 108,   Rolling Meadows, IL 60008-4501
16362100   +Winfield Radiology,   6910 S. Madison St.,   Willowbrook, IL 60527-5504
16362101   +Zachary M. Taylor,   575 N. Strack St.,   Unit 104,   Cortland, IL 60112-4161
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16362078   +E-mail/Text: bankruptcy@bbandt.com Apr 27 2012 00:54:29     Branch Banking & Trust Company,
             P.O. Box 2027,   Greenville, SC 29602-2027
17171983    E-mail/PDF: rmscedi@recoverycorp.com Apr 27 2012 02:43:26     Capital Recovery IV LLC,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
17183541    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 27 2012 02:31:01
             FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
             Oklahoma City, OK  73124-8809
17159613    E-mail/PDF: rmscedi@recoverycorp.com Apr 27 2012 02:43:26     GE Money Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16362085    E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2012 02:38:17     GE Money Bank - Care Credit,
             P.O. Box 960061,   Orlando, FL 32896-0061
16362086   +E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2012 02:38:17     GE Money Bank/Care Credit,
             950 Forrer Blvd,   Kettering, OH 45420-1469
16362087   +E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2012 02:43:24     GE Money Bank/Sam's Club Discover,
             P.O. Box 981400,   El Paso, TX 79998-1400
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16362077*   +Bank of America,   P.O. Box 17054,   Wilmington, DE 19850-7054
16362083*  ++CHRYSLER FINANCIAL,   27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,   P.O. Box 9223,   Farmington, MI 48333)
16362090*   +Marianjoy Rehabilitation Hospital,   26W171 Roosevelt Rd.,   Wheaton, IL 60187-6078
16362075   ##+Bank of America,   P.O. Box 17054,   Wilmington, DE 19850-7054
                                                                                  TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: pseamann            Page 2 of 3              Date Rcvd: Apr 26, 2012
                              Form ID: pdf006           Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 28, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: pseamann              Page 3 of 3                   Date Rcvd: Apr 26, 2012
                              Form ID: pdf006             Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2012 at the address(es) listed below:

         Alex  Darcy    on behalf of Creditor  Wells Fargo Bank N.A. adarcy@askounisdarcy.com, jham@askounisdarcy.com
         Carl F Safanda    on behalf of Trustee Roy Safanda csafanda@xnet.com
         Gloria C  Tsotsos    on behalf of Creditor  Branch Banking & Trust Company nd-three@il.cslegal.com
         Lawrence W Lobb    on behalf of Debtor Mary Taylor lwl@lobblegalgroup.com
         Nicole K Fishkin    on behalf of Trustee Roy Safanda nfishkin@otrlaw.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Ronald J. Kapustka    on behalf of Creditor  Windsor West Townhome Association ndaily@ksnlaw.com
         Roy  Safanda    rsafanda@xnet.com, rsafanda@ecf.epiqsystems.com
         Roy  Safanda, Esq    on behalf of Trustee Roy Safanda rsafanda@xnet.com
         Thomas E Springer    on behalf of Trustee Roy Safanda tspringer@springerbrown.com, jkrafcisin@springerbrown.com
         Thomas V Askounis    on behalf of Creditor  Wells Fargo Bank N.A. taskounis@askounisdarcy.com, jburt@askounisdarcy.com;jham@askounisdarcy.com

                                                                                                                          TOTAL: 11