UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
TAYLOR, MARY FAY § Case No. 10-48963
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter ___ on ___ . The case was pending for ___ months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Roy Safanda_____
                                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MARY FAY TAYLOR |  |  |  |
| MARY FAY TAYLOR |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Branch Banking & Trust Company P.O. Box 2027 Greenville, SC 29602 | | | | | |
| | PNC Mortgage 6 N Main St Dayton, OH 45402 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA | | | | | |
| ROY SAFANDA | | | | | |
| ROY SAFANDA, ATTORNEY FOR TRUSTEE | | | | | |
| THOMAS E. SPRINGER | | | | | |
| THOMAS E. SPRINGER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T P.O. Box 8100 Aurora, IL 60507 | | | | | |
| | Baker's Best Health P.O. Box 2099 Wixom, MI 48393 | | | | | |
| | Bank of America P.O. Box 17054 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O. Box 851001 Dallas, TX 75285-1001 | | | | | |
| | Central Dupage Hospital 25 N Winfield Rd Winfield, IL 60190 | | | | | |
| | Chase P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Chrysler Financial 5225 Crooks Rd Suite 140 Troy, MI 48098 | | | | | |
| | Delnor Community Hospital 300 Randall Rd Geneva, IL 60134 | | | | | |
| | GE Money Bank/Care Credit 950 Forrer Blvd Kettering, OH 45420 | | | | | |
| | GE Money Bank/Sam's Club Discover P.O. Box 981400 El Paso, TX 79998 | | | | | |
| | Marianjoy Medical Group 35679 Eagle Way Chicago, IL 60678 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Marianjoy Rehabilitation Hospital 26W171 Roosevelt Rd Wheaton, IL 60187 |  |  |  |  |  |
|  | Marianjoy Rehabilitation Hospital 26W171 Roosevelt Rd. Wheaton, IL 60187 |  |  |  |  |  |
|  | Neuromed 3S517 Winfield Rd Ste. A Warrenville, IL 60555 |  |  |  |  |  |
|  | Pathology Consultants, S.C. P.O. Box 1048 Dept. 1000 Saint Charles, IL 60174 |  |  |  |  |  |
|  | United Consumer Financial Services 865 Bassett Rd Westlake, OH 44145 |  |  |  |  |  |
|  | Wells Fargo Bank, N.A. P.O. Box 94435 Albuquerque, NM 87199 |  |  |  |  |  |
|  | Windsor West Townhome Association c/o Property Specialists, Inc. 5999 S. New Wilke Rd., Ste. 108 Rolling Meadows, IL 60074 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Winfield Radiology 6910 S. Madison St. Willowbrook, IL 60527 | | | | | |
| 000003 | CAPITAL RECOVERY IV LLC | | | | | |
| 000001 | CHASE BANK USA, N.A. | | | | | |
| 000005 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000006 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000002 | GE MONEY BANK | | | | | |
| 000004 | UNITED CONSUMER FINANCIAL SERVICES( | | | | | |
| 000007 | ILLINOIS DEPARTMENT OF HEALTHCARE A | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-48963 MB Judge: Manuel Barbosa | Trustee Name: Roy Safanda |
| Case Name: | TAYLOR, MARY FAY | Date Filed (f) or Converted (c): 10/30/10 (f) |
| | | 341(a) Meeting Date: 12/13/10 |
| For Period Ending: | 06/15/12 | Claims Bar Date: 04/27/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence: 2 bedroom, 2 1/2 bath, 2 car garage tow | 168,000.00 | 35,756.00 | | 0.00 | 35,756.00 |
| 2. Timeshare: 2 bedroom condominium, Unit #1418, Week | 3,000.00 | 3,000.00 | | 0.00 | 3,000.00 |
| 3. Condominium (joint interest with adult son), 575 N | 84,500.00 | 0.00 | | 0.00 | FA |
| 4. Timeshare: 1 bedroom efficiency condominium, Unit | 4,000.00 | 1,550.00 | | 0.00 | 1,550.00 |
| 5. Beneficial interest in Trust of Robert and Georgia | 578,647.55 | 578,647.55 | | 205,000.00 | FA |
| 6. Misc. Household Furniture | 600.00 | 0.00 | | 0.00 | FA |
| 7. Misc. Household Decorations | 200.00 | 0.00 | | 0.00 | FA |
| 8. Misc. Household Appliances | 700.00 | 0.00 | | 0.00 | FA |
| 9. Misc. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 10. Laptop Computer over 3 years old Located with daug | 50.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 35.51 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $839,897.55   $618,953.55   $205,035.51   $40,306.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/01/20   Current Projected Date of Final Report (TFR): 06/01/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-48963 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | TAYLOR, MARY FAY | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7528  Money Market Account |
| Taxpayer ID No: | *******1018 | | |
| For Period Ending: | 06/15/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/06/12 | 5 | IM&T Center MN-Dakotas Wells Fargo Bank, NA POB 2999 Minneapolis, MN  55402 | Non-Exempt Trust | 1229-000 | 205,000.00 | | 205,000.00 |
| 01/31/12 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 10.75 | | 205,010.75 |
| 02/29/12 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 13.00 | | 205,023.75 |
| 03/26/12 | INT | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 11.20 | | 205,034.95 |
| 03/26/12 | | Transfer to Acct #*******7587 | Bank Funds Transfer | 9999-000 | | 1,000.00 | 204,034.95 |
| 03/26/12 | | Transfer to Acct #*******7587 | Bank Funds Transfer | 9999-000 | | 204,034.95 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 205,034.95 | 205,034.95 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 205,034.95 | |
| Subtotal | 205,034.95 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 205,034.95 | 0.00 | |

Page Subtotals     205,034.95     205,034.95

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2          Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit 9

| Case No: | 10-48963 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | TAYLOR, MARY FAY | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7587 Checking Account |
| Taxpayer ID No: | *******1018 | | | |
| For Period Ending: | 06/15/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/26/12 | | Transfer from Acct #*******7528 | Bank Funds Transfer | 9999-000 | 1,000.00 | | 1,000.00 |
| 03/26/12 | | Transfer from Acct #*******7528 | Bank Funds Transfer | 9999-000 | 204,034.95 | | 205,034.95 |
| 03/28/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.56 | | 205,035.51 |
| 05/31/12 | 001001 | Roy Safanda | Chapter 7 Compensation/Expense | | | 13,679.92 | 191,355.59 |
| | | 111 East Side Drive | | | | | |
| | | Geneva, IL 60134 | | | | | |
| | | | Fees    13,356.48 | 2100-000 | | | |
| | | | Expenses    323.44 | 2200-000 | | | |
| 05/31/12 | 001002 | Thomas E. Springer | Trustee's Attorney Fees | 3210-600 | | 19,071.50 | 172,284.09 |
| | | Springer Brown et al | | | | | |
| | | 400 S. County Farm Rd., Ste. 330 | | | | | |
| | | Wheaton, IL 60187 | | | | | |
| 05/31/12 | 001003 | Thomas E. Springer | Trustee's Attorney Fees | 3220-610 | | 19.40 | 172,264.69 |
| | | Springer Brown et al | | | | | |
| | | 400 S. County Farm Rd., Ste. 330 | | | | | |
| | | Wheaton, IL 60187 | | | | | |
| 05/31/12 | 001004 | Roy Safanda, Attorney for Trustee | Attorney Fees | 3110-000 | | 3,581.25 | 168,683.44 |
| | | Safanda Law Firm | | | | | |
| | | 111 East Side Dr. | | | | | |
| | | Geneva, IL 60134 | | | | | |
| 05/31/12 | 001005 | Chase Bank USA, N.A. | Claim 000001, Payment 100.00000% | 7100-000 | | 8,540.23 | 160,143.21 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| 05/31/12 | 001006 | GE Money Bank | Claim 000002, Payment 100.00000% | 7100-000 | | 6,103.99 | 154,039.22 |
| | | c/o Recovery Management Systems Corporat | | | | | |
| | | 25 SE 2nd Ave Suite 1120 | | | | | |
| | | Miami FL 33131-1605 | | | | | |
| 05/31/12 | 001007 | Capital Recovery IV LLC | Claim 000003, Payment 100.00000% | 7100-000 | | 6,062.98 | 147,976.24 |

                                                   Page Subtotals         205,035.51         57,059.27

Ver: 16.06d

FORM 2     Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| Case No: | 10-48963 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | TAYLOR, MARY FAY | Bank Name: | Capital One |
|  |  | Account Number / CD #: | *******7587 Checking Account |
| Taxpayer ID No: | *******1018 |  |  |
| For Period Ending: | 06/15/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/12 | 001008 | c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605<br>United Consumer Financial Services(Kirby) | Claim 000004, Payment 100.00000% | 7100-000 |  | 1,062.09 | 146,914.15 |
| 05/31/12 | 001009 | Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712<br>FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000005, Payment 100.00000% | 7100-000 |  | 9,003.34 | 137,910.81 |
| 05/31/12 | 001010 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000006, Payment 100.00000% | 7100-000 |  | 13,215.06 | 124,695.75 |
| 05/31/12 | 001011 | Illinois Department of Healthcare and Family Servi<br>William O. Arnold, Sr. Attny Genrl<br>Welfare Litigation Bureau, Ste. N-1000<br>180 N. LaSalle St., Chicago, IL 60601-3 | Claim 000007, Payment 100.00000% | 7200-000 |  | 121,190.29 | 3,505.46 |
| 05/31/12 | 001012 | MARY FAY TAYLOR<br>223 W. PARK AVENUE<br>UNIT A<br>SUGAR GROVE, IL 60554 | Surplus Funds | 8200-002 |  | 2,905.93 | 599.53 |
| 06/01/12 | 001013 | MARY FAY TAYLOR<br>223 W. PARK AVE.<br>UNIT A<br>SUGAR GROVE, IL 60554 | SURPLUS FUNDS | 8200-000 |  | 599.53 | 0.00 |

Page Subtotals     0.00     147,976.24

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-48963 -MB | | Trustee Name: | Roy Safanda |
| --- | --- | --- | --- | --- |
| Case Name: | TAYLOR, MARY FAY | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7587  Checking Account |
| Taxpayer ID No: | *******1018 | | | |
| For Period Ending: | 06/15/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 205,035.51 | 205,035.51 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 205,034.95 | 0.00 | |
| | | | Subtotal | | 0.56 | 205,035.51 | |
| | | | Less: Payments to Debtors | | | 3,505.46 | |
| | | | Net | | 0.56 | 201,530.05 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - ********7528 | 205,034.95 | 0.00 | 0.00 |
| Checking Account - ********7587 | 0.56 | 201,530.05 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 205,035.51 | 201,530.05 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*